# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0867
_____

THOMAS MICHAEL PALMER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


October 24, 2025

PER CURIAM.

   AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas Michael Palmer, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.